# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | MD92 |
| Violation Number | 3622048 |
| Officer Name (Print) | Johnson K7 |
| Officer No. | 306 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 9/4/12 @ 0040 |
| Offense Charged (☐ CFR ☐ USC ☒ State Code) | MTA 13-401(h) |
| Place of Offense | N/B BW PKWY S/O Rt. 197 |
| HAZMAT | ☐ |
| Offense Description: Factual Basis for Charge | Suspended Reg Plates |

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Husain | Syed | M |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 3FXP69 | MD | 03 | 4dr/4dr | ☐ | Sil |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$150.00 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $175.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:
- ☐ my personal observation
- ☐ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident